1060

[No. 49416-3-I.   Division One.   October 14, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. MARIO NIEBLA SOTO, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-05733-9, Richard A. Jones, J., entered September 21, 2001. *Reversed* by unpublished per curiam opinion.

[No. 49565-8-I.   Division One.   October 14, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. M.J.F., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-8-02904-9, James Bryan Street and James D. Cayce, JJ., entered April 13, 2001. *Affirmed* by unpublished per curiam opinion.

[No. 49791-0-I.   Division One.   October 14, 2002.]

JAY HOFSTRAND, ET AL., *Appellants*, v. COAST CRANE COMPANY, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 99-2-12493-6, Michael Heavey, J., entered January 7, 2002. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Becker, C.J., and Appelwick, J.

[No. 20490-1-III.   Division Three.   October 15, 2002.]

THE STATE OF WASHINGTON, *Appellant*, v. DAVID ALLEN KING, *Respondent*.

Appeal from a judgment of the Superior Court for Pend Oreille County, No. 01-1-00019-8, Rebecca M. Baker, J., entered September 13, 2001. *Affirmed* by unpublished opinion per Kato, A.C.J., concurred in by Sweeney and Kurtz, JJ.